UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

**CIVIL MINUTES – GENERAL**

| Case No. | 8:25-cv-01055-FWS-KES | Date | June 17, 2025 |
|---|---|---|---|
| Title | Corey Williams v. Experian Information Solutions Inc | | |

**PRESENT:**

**HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

<u>Rolls Royce Paschal</u>  
Deputy Clerk

<u>Not Reported</u>  
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                  None Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF SETTLEMENT**

The court, having been advised by a Notice of Settlement [12] that this action settled, hereby orders this action dismissed without prejudice. The court hereby orders all proceedings in the case vacated and taken off calendar.

The court retains jurisdiction for **60 days** to vacate this order and to reopen the action upon a showing of good cause that the settlement has not been completed. This order shall not prejudice any party in this action.

Any pending Order to Show Cause is hereby discharged.

                                                                                  -    :    -

Initials of Deputy Clerk   rrp

CC: